UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 20-21320-CIV-MORENO

AARON RHASHAUD IVY,

      Petitioner,

vs.

MARK INCH,

      Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE TO THE MIDDLE DISTRICT OF FLORIDA

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Petition for Writ of Habeas Corpus, filed on **March 27, 2020**. The Magistrate Judge filed a Report and Recommendation (**D.E. 4**) on **May 7, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. The Court notes that no objections have been filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the case is TRANSFERRED to the Middle District of Florida because the petition is challenging a conviction entered following a jury verdict in Hendry County Circuit Court and the petitioner is confined at the Desoto Correctional Institution located in Arcadia,

Florida, which are both in the jurisdiction of the Middle District of Florida.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of May 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record

**Aaron Rhashaud Ivy**
W01913
Desoto Annex
Inmate Mail/Parcels
13617 SE Highway 70
Arcadia, FL 34266
PRO SE